# EXHIBIT 2

# Service Request 29385

Record Info

| | | | |
|---|---|---|---|
| **Request ID:** | 29385 | **Request Type:** | Flooding Private Property |
| **Priority:** | 2 | **Entered By:** | aboone |
| **Date Submitted:** | 3/31/2025 12:38:00 PM | **Cross Street:** | |
| **Address:** | 2237 Madron Lake Rd<br>Buchanan Township | | |



**District:**

**Comments:** Corner of Madron Lake and Fedore, address of 2237 Madron Lake Road.
About 2 years ago ditches were put in across the street from her property. Which routed the water along the west side of her property where a drain is located. Since the drain and ditches were put in they have seen significant damage to their property. Lots of flooding, foundation and house is shifting. Two trees have uprooted where water is coming out. One of the two came down and hit the house, the other hit the corner of car port.
They need someone to come out and address this issue as it is causing significant issues to their property. They will need to get a lawyer if this is not addressed properly. Her phone number is 425-941-4273

**Private Notes:**

Submitter Info

| | | | |
|---|---|---|---|
| **Name:** | Klingerman (?), Alison | **Email:** | |
| **Address:** | 2237 Madron Lake Road<br>Buchanan Township, MI | | |
| **Phone #:** | 425-941-4273 | **Extension:** | |
| **Alt. Phone #:** | **Extension:** | | |
| **Notify:** | ☐ | | |

Activity List

| | |
|---|---|
| **Date:** | 3/31/2025 12:38:00 PM |
| **User:** | aboone |
| **Comments:** | Service Request Open - ID 29385<br>Routed To: bganus<br>Comments: Corner of Madron Lake and Fedore, address of 2237 Madron Lake Road.<br>About 2 years ago ditches were put in across the street from her property. Which routed the water along the west side of her property where a drain is located. Since the drain and ditches were put in they have seen significant damage to their property. Lots of flooding, |

foundation and house is shifting. Two trees have uprooted where water is coming out. One of the two came down and hit the house, the other hit the corner of car port.

They need someone to come out and address this issue as it is causing significant issues to their property. They will need to get a lawyer if this is not addressed properly. Her phone number is 425-941-4273

| | |
|---|---|
| Date: | 3/31/2025 12:42:00 PM |
| User: | aboone |
| Comments: | Service Request rerouted to gtrail, bganus |
| | AAB forwarding this voicemail to the Foreman and Superintendent's extensions so they can hear it in the entirety of what was left on the Service Request Line. Please review and update the ticket with findings. |
| Date: | 4/2/2025 10:40:00 AM |
| User: | KMatthias |
| Comments: | Allison called again, stated she is pressed for time on this issue as it is causing issues with their homes foundation. Advised a service request was entered on 3/31 - verified tx for phone notifications and advised that once area foreman and/or superintendent are able to review and updated her service request ticket, she will receive an automated phone call at 425-941-4273. |
| Date: | 4/2/2025 3:08:00 PM |
| User: | bganus |
| Comments: | S talked to homeowner. |
| Date: | 4/2/2025 3:08:00 PM |
| User: | bganus |
| Comments: | An automated call has been placed by QAlert to 4259414273 |
| Date: | 4/15/2025 7:06:00 AM |
| User: | mheyliger |
| Comments: | Responded to complaint via letter. individual didnt provide an email. |
| Date: | 4/15/2025 7:06:00 AM |
| User: | mheyliger |
| Comments: | An automated call will be placed by QAlert to 4259414273 during business hours |
| Date: | 4/16/2025 7:46:00 AM |
| User: | gtrail |
| Comments: | went out and talked to her told her to call drain office water coming out of fields into ditch and onto her side |
| Date: | 4/16/2025 7:46:00 AM |
| User: | gtrail |
| Comments: | An automated call will be placed by QAlert to 4259414273 during business hours |
| Date: | 4/16/2025 7:50:00 AM |
| User: | gtrail |
| Comments: | Went out and seen her issue talked to her told her it is the property owners to the south dumping water into the ditch which is causing more water going north to her side of the discharge side ,told her to put up a burm in front of her driveway to stop any water coming off the road |

| | |
|---|---|
| **Date:** | 4/16/2025 7:50:00 AM |
| **User:** | gtrail |
| **Comments:** | An automated call will be placed by QAlert to 4259414273 during business hours |
| **Date:** | 6/24/2025 1:15:00 PM |
| **User:** | mheyliger |
| **Comments:** | resident hired environmental engineer to create the attached report. report was received and forwarded to corporate counsel. Corporate counsel issued the response that was sent to the resident. |