# EXHIBIT 3

# Complaint on 2237 Madron Lake Rd.

**From: Mark Heyliger <mheyliger@bcroad.org>**  Mon, Apr 7, 2025 at 11:49 AM EDT (GMT-04:00)
To: Mac Elliott <melliott@berriencounty.org>; Brian Dissette <bdissette@berriencounty.org>
Cc: Thaddeus Hackworth <thackworth@berriencounty.org>
This copy saved by: <dgoulooze@bcroad.org>

ALL

Please see attached for a description of the problem and the steps that the department has taken to address the complaint from Mrs. Klingerman who lives at 2237 Madron Lake rd.

Context is important so I need to describe other actions that took place regarding this complaint outside of Greg's meeting with the complainant.

Saturday after not being resolved to their satisfaction Mr. Ron Mckee (Mrs. Klingermans partner) walked up and down Madron Lake rd. starting in front of my personal residence all the way down to the tube in question taking video of the water traveling along side the road. Additionally at one point there were orange cones that were place out in the road in front of the residence and on the edge of the road on each side of the tube. When department personnel responded to move the cones that were placed in the road they were removed before department personnel arrived. Finally Saturday afternoon Mr. Mckee with child in tow rode his bicycle in front of my house while I was working the back yard screaming obscenities and exclaiming that he was "coming for me" and that he was going to sue me. There is no doubt that he knows I work for the road department and since having a conversation with Mr. Mckee is not possible. I did have a conversation with the Sheriff Heit about what had been happening regarding Mr. Mckee since has a well earned reputation of being aggressive with people.

Respectfully submitted

Mark Heyliger
Director
Berrien County Road Dept.
2860 E. Napier Ave.
Benton Harbor, MI 49022
O: (269) 925-1196

## Attachments

- 2237 Madron Lake rd complaint.pdf