# EXHIBIT 4

**From:** Mark Heyliger <mheyliger@bcroad.org>
**To:** <rmelliott55@outlook.com>
This copy saved by: <dgoulooze@bcroad.org>

Thu, Apr 10, 2025 at 11:44 AM EDT (GMT-04:00)

Mac

Attached is the "For Office Use Only" version of the document detailing the circumstance and encounter with Allison Kingerman and Ron Mckee. I am developing a version of this document that omits the conduct and past interaction of Ron Mckee to provide the resident.

Thank you

Mark Heyliger
Director
Berrien County Road Dept.
2860 E. Napier Ave.
Benton Harbor, MI 49022
O: (269) 925-1196

**Attachments**

- FOUO 2237 Madron Lake rd complaint.pdf



## MEMORANDUM FOR RECORD

TO: Mac Elliot, Berrien County Commissioner
FROM: Mark Heyliger, Director Berrien County Road Department
THRU; Brian Dissette, County Administrator
DATE: 7 Apr 2025
SUBJECT: Complaint from Alison Klingerman 2237 Madron Lake Rd, Buchanan, MI 49107

The road department received this complaint from Mrs Klingerman on 31 Mar 25:

"About 2 years ago ditches were put in across the street from her property. Which routed the water along the west side of her property where a drain is located. Since the drain and ditches were put in they have seen significant damage to their property. Lots of flooding, foundation and house is shifting. Two trees have uprooted where water is coming out. One of the two came down and hit the house, the other hit the corner of car port. They need someone to come out and address this issue as it is causing significant issues to their property. They will need to get a lawyer if this is not addressed properly. Her phone number is 425-941-4273"

Superintendent Trail met with Mrs. Klingerman on 2 Apr 25 at the complaint location. Durning this meeting he explained that the roadside ditch she is complaining about has been there for quite some time the department has in the last two years conducted maintenance on the ditch to free it from vegetation and debris. Additionally, the tube under the road has been there for quite some time. It was apparent to Superintendent Trail after conducting a face to face meeting with Mrs Klingerman at the location that she is attributing negative consequences to her property that don't correlate to the situation on the ground. Despite that, Superintendent Trail made every effort to address her concerns.

It is worth noting that several times during this encounter a man named Ron Mckee who lives with Mrs. Klingerman interjected him self into the conversation several times despite being asked to leave the conversation by Mrs. Klingerman, Mr. Mckee was extremely aggressive and profane to the point where Superintendent Trail almost terminated the conversation a couple of times during the encounter due to his behavior. It should also be mentioned that Mr. Mckee is know to the department due to an incident during the summer of 2024 when Mr. Mckee attempted to start a physical altercation with Jason Alexander from the Bakertown garage at the intersection of US 12 and Bakertown rd. dispatch was called to document the incident.

It is important to describe the physical characteristics of the location centered around the compliant. The tube under Madron Lake Rd. is located about 70 feet west of the house. And the north side of the road the tube exits about three feet below the road grade. Mrs Klingerman's house is located sloped surface below the road, and that if the road wasn't there water would still be flowing from south to

north since the south side of the road is higher than they are and there is a wetland is present behind the house, and water will always travel to the lowest point.

I have included a screenshot from Beacon Maps and Google Streetview to better demonstrate the location of the tube, the distance from the tube to house, and that the house is located below the road.





Thank you for your time and attention. Please let me know it there are any questions and/or concerns.

Mark D. Heyliger
Managing Director
Berrien County Road Department

2860 E. Napier Avenue, Benton Harbor, MI 49022    Phone: 269-925-1196    Fax: 269-925-8098