# EXHIBIT 5



# MEMORANDUM FOR RECORD

TO: Mac Elliot, Berrien County Commissioner
FROM: Mark Heyliger, Director Berrien County Road Department
THRU; Brian Dissette, County Administrator
DATE: 10 Apr 2025
SUBJECT: Complaint from Alison Klingerman 2237 Madron Lake Rd, Buchanan, MI 49107

The Road Department received the following complaint from Ms. Klingerman on 31 Mar 25:

"About 2 years ago ditches were put in across the street from her property. Which routed the water along the west side of her property where a drain is located. Since the drain and ditches were put in they have seen significant damage to their property. Lots of flooding, foundation and house is shifting. Two trees have uprooted where water is coming out. One of the two [trees] came down and hit the house, the other [Tree] hit the corner of the car port. They need someone to come out and address this issue as it is causing significant issues to their property. They will need to get a lawyer if this is not addressed properly. Her phone number is 425-941-4273"

Superintendent Trail met with Ms. Klingerman on 2 Apr 25 at 2237 Madron Lake Road. During this meeting Superintendent Trail explained that the roadside ditch and cross tube she is complaining about have been established for quite some time. The department has in the last two years conducted maintenance on the ditch to free it from built up vegetation and debris to ensure that it functions properly. After meeting with Ms. Klingerman, Superintendent Trail determined that the ditch and the cross tube are not the cause of her property issues.

It is important to describe the physical characteristics present at 2237 Madron Lake Road. The cross tube under Madron Lake Road is located about 70 feet west of the house and three feet below the road. Additionally, Ms. **Klingerman's house is located** on a downhill slope between the road and a wetland. NOTE: if the road was not there water would still flow from south to north. The property on the south side of the road is higher causing any water to naturally flow downhill to the wetland that is located on Ms.. Klingerman's property.

Since there is no further action to be taken by the Road Department, we will consider this matter closed.

I have included a screenshot from Beacon Maps and Google Streetview to better demonstrate the location of the cross tube, the distance from the cross tube to house, and that the house is located below the road.





Thank you for your time and attention.  Please let me know it there are any questions and/or concerns.

Mark D. Heyliger
Managing Director
Berrien County Road Department

2860 E. Napier Avenue, Benton Harbor, MI 49022    Phone: 269-925-1196    Fax: 269-925-8098