# EXHIBIT 6

 **Grobbel Environmental & Planning Associates**
PO Box 58        Lake Leelanau        Michigan        49653

May 9, 2025

Ms. Allison Klingerman
2237 Madron Lake Rd.
Buchanan, MI 49107

**RE:   Site Assessment & Stormwater Evaluation Report, A. Klingerman Parcel, 2237 Madron Lake Rd., Buchanan, Parcel No. 11-06-021-009-03-8 (3.82 acres), 41 degrees 50' 41.99" N, 86 degrees 24' 11.67" W, Section 21, T7S, R18W, Buchanan Township, Berrien County, Michigan.**

Dear Ms. Klingerman,

Per your request, I have completed a site evaluation including soils, topography, geomorphology, vegetative cover, and assessment of current stormwater conditions at and in the vicinity of 2237 Madron Lake Rd. An in-field site visit was completed on April 18, 2025 to inform this report.

**Site Soils**

The subject site is typified by Riddles loam soils (lake moderated) at 0 to 6 percent slopes.[1] These soils consist primarily of thick loamy soils and are considered prone to flooding and erodible. The Riddles loam soil association can be described as:[2]

A horizon  fine sandy loam, light brownish gray                   10YR 6/2 (dry)
B horizon sandy clay loam, clay loam, brown                       10YR 4/4 (dry)
E horizon  sandy loam, brown                                      10YR 4/3
C horizon  loamy sand, fine sandy loam                            10YR 4/4

*The Riddles loam soil association at and in the vicinity of the subject site is vulnerable to flooding, ponding and soil erosion - especially if stormwater flow is increased, soils are disturbed and/or vegetative cover has been removed in whole or in part.*

---

[1]  NRCS Web Soil Survey, https://websoilsurvey.nrcs.usda.gov/app/.

[2] https://soilseries.sc.egov.usda.gov/OSD_Docs/R/Riddles.html.

1



**Klingerman Parcel & Vicinity Features, Section 13, T26N, R16W, Buchanan Township, Berrien County, Google Earth 2025 (784 ft amsl).**

Legend
(a) 45 feet long, 16-inch diameter corrugated steel culvert, flowing north
(b) drain along south side of Madron Lake Rd, flowing southeast.
(c) drain along south side of Madron Lake Rd, flowing northwest.
(d) approximately 4-inch diameter black polymer subsurface drain tile, flowing northerly (length and other dimensions unknown)
(e) pond overflow northerly to drain along south side of Madron Lake Rd, the

**Site Topography**

The Klingerman parcel is characterized by a high, relatively flat area immediately north of Madron Lake Rd., and the parcel then slopes relatively steeply to the north toward relatively flat area and wetland complex - all down slope and downgradient of the Klingerman residence. *Based on site slopes and soil types, this area is vulnerable to soil erosion, flooding and subsidence - especially if off-site stormwater is directed to discharge at the subject parcel, soils are disturbed and/or vegetative cover has been removed in whole or in part.*

2

**Site Conditions**

Drainage ditches along the south side of Madron Lake Rd. evidence recent excavation (see Photographs #1, #2 and #7), and all of this work was reportedly completed approximately two (2) years ago at public expense. Each of these recently excavated drains where designed and constructed to intentionally direct stormwater runoff to the Klingerman property at 2237 Madron Lake Rd. via conveyance through a 16-inch dilapidated corrugated steel culvert, draining south to north beneath Madron Lake Rd. (see Photopgraphs #5, #6 and #8). Evidence also exists that a subsurface drain tile has been recently installed at 2234 Madron Lake Rd., additionally directing groundwater/soil water and stormwater runoff directly to the Klingerman property (see Photographs #3 and #4 below). Similarly, a recently excavated pond at 2190 Madron Lake Rd. has been reported to have overflowed following form events, again directing additional stormwater through this ditch system and discharge to the Klingerman property.

The Klingerman property evidences soil erosion at and along the ditch north of the culvert at Madron Lake Rd., and within the westside of the parcel resulting in the loss of two large trees at the Klingerman parcel. Soil subsidence is evident within east, north and west sides of the Klingerman property, including the settling and cracking of portions of the Klingerman home's foundations and interior walls (see Photographs #9 through #13). Similarly, it is reported that the Klingerman basement floods following storm events since the installation of the above-described ditch and drain system (see Photograph #14).

**Summary of Findings**

Based on site and vicinity topography and soil types, this site and vicinity are susceptible to to soil erosion and land subsidence - especially if flooded, soil is disturbed and/or vegetative cover has been removed in whole or in part. The recent construction of the stormwater drainage system as described above has resulted in flooding, soil erosion, and property damage at 2237 Madron Lake Rd. - including home foundation subsidence and cracking.[3] Such increased stormwater disposal at the Klingerman property has also resulted in a higher groundwater table at and around the home's septic treatment and disposal system north of the residence, resulting in system malfunction and likely eventual system failure.

Based on information and belief, the installation of above described drainage network has resulted in property damage and loss at the Klingerman parcel 2237 Madron Lake Rd., and remedial actions should be immediately undertaken to prevent future flooding, property damage and loss. Moreover, repair work and compensation for property loss and damage from these activities should be provided to the Klingermans as mutually agreed upon.

It is noted that the Michigan's Soil Erosion and Sedimentation Act, Part 91 of the Natural Resources and Environmental Protection Act (NREPA), P.A. 451 of 1994, as amended, prohibits soil erosion and sedimentation of waters within the state.

---

[3] It is widely recognized that storm and precipitation patterns within southwest Michigan have become more episodic and severe in the past decade.

If you have any questions regarding this report, please contact me at 231-499-7165 or grobbelenvironmental@gmail.com. Thank you.

Sincerely,

Christopher P. Grobbel, Ph.D.
Senior Project Manager

enclosures

# Site Photographs



**Photograph #1: Klingerman property/vicinity, recently excavated drain along south side of Madron Lake Rd., flowing and looking southeasterly toward Klingerman home. 2234 & 2274 Madron Lake Rd, Buchanan, Buchanan Township, Section 21, T7S, R18W, Berrien County, Michigan. Taken by Christopher Grobbel, Grobbel Environmental & Planning Associates, April 18, 2025.  (Ditch top width 7 feet, bottom width 2 feet, and 2.4 feet deep).**

5



*Photograph #2: Klingerman property/vicinity, recently excavated drain along south side of Madron Lake Rd., flowing and looking southeasterly toward Klingerman home. 2234 Madron Lake Rd, Buchanan, Buchanan Township, Section 21, T7S, R18W, Berrien County, Michigan. Taken by Christopher Grobbel, Grobbel Environmental & Planning Associates, April 18, 2025. (Ditch top width 7 feet, bottom width 2 feet, and 2.4 feet deep).*



*Photograph #3:   Klingerman property/vicinity, recently installed 4-inch drain tile along south side of Madron Lake Rd. and draining to the culvert leading to the Klingerman home, flowing northerly to the Klingerman property and looking southerly. 2234 Madron Lake Rd, Buchanan, Buchanan Township, Section 21, T7S, R18W, Berrien County, Michigan. Taken by Christopher Grobbel, Grobbel Environmental & Planning Associates, April 18, 2025.*

7



*Photograph #4: Klingerman property/vicinity, approximately 4-inch drain tile discharge along south side of Madron Lake Rd. and draining to the culvert leading to the Klingerman home, close up looking southerly. 2234 Madron Lake Rd, Buchanan, Buchanan Township, Section 21, T7S, R18W, Berrien County, Michigan. Taken by Christopher Grobbel, Grobbel Environmental & Planning Associates, April 18, 2025.*



*Photograph #5: Klingerman property/vicinity, 16-inch corrugated steel culvert inlet at south side of Madron Lake Rd. looking northerly, and draining to the culvert leading to the Klingerman home. 2234 Madron Lake Rd, Buchanan, Buchanan Township, Section 21, T7S, R18W, Berrien County, Michigan. Taken by Christopher Grobbel, Grobbel Environmental & Planning Associates, April 18, 2025.*



*Photograph #6: Klingerman property/vicinity, 16-inch corrugated steel culvert outlet at the north side of Madron Lake Rd. at the Klingerman property, looking southerly. 2234 Madron Lake Rd, Buchanan, Buchanan Township, Section 21, T7S, R18W, Berrien County, Michigan. Taken by Christopher Grobbel, Grobbel Environmental & Planning Associates, April 18, 2025.*

10



**Photograph #7:** Klingerman property/vicinity, recently excavated drain along south side of Madron Lake Rd., flowing to the Klingerman property, looking southeasterly away Klingerman home. 2234 Madron Lake Rd, Buchanan, Buchanan Township, Section 21, T7S, R18W, Berrien County, Michigan. Taken by Christopher Grobbel, Grobbel Environmental & Planning Associates, April 18, 2025. (Ditch top width 6 feet, bottom width 2 feet, and 2 feet deep).



**Photograph #8: Klingerman property/vicinity, drain along west the Klingerman property, looking southeasterly away Klingerman property, showing recent erosion from stormwater flow/flooding. 2237 Madron Lake Rd, Buchanan, Buchanan Township, Section 21, T7S, R18W, Berrien County, Michigan. Taken by Christopher Grobbel, Grobbel Environmental & Planning Associates, April 18, 2025. (Ditch top width 5 feet, bottom width 2 feet, and 3.1 feet deep).**



*Photograph #9: Klingerman residence foundation at NE corner, showing soil erosion, property subsidence and foundation cracking. 2237 Madron Lake Rd, Buchanan, Buchanan Township, Section 21, T7S, R18W, Berrien County, Michigan. Taken by Christopher Grobbel, Grobbel Environmental & Planning Associates, April 18, 2025.*

13



*Photograph #10: Klingerman residence foundation near NE corner, showing soil erosion, property subsidence and foundation cracking. 2237 Madron Lake Rd, Buchanan, Buchanan Township, Section 21, T7S, R18W, Berrien County, Michigan. Taken by Christopher Grobbel, Grobbel Environmental & Planning Associates, April 18, 2025.*

14



*Photograph #11: Klingerman residence foundation at NW corner, showing soil erosion, property subsidence and foundation cracking. 2237 Madron Lake Rd, Buchanan, Buchanan Township, Section 21, T7S, R18W, Berrien County, Michigan. Taken by Christopher Grobbel, Grobbel Environmental & Planning Associates, April 18, 2025.*

15



*Photograph #12: Klingerman residence at NW corner, showing property subsidence and fallen tree from recent flooding. 2237 Madron Lake Rd, Buchanan, Buchanan Township, Section 21, T7S, R18W, Berrien County, Michigan. Taken by Christopher Grobbel, Grobbel Environmental & Planning Associates, April 18, 2025.*

16



*Photograph #13 Klingerman residence foundation at SW corner, showing gully soil erosion and property subsidence. 2237 Madron Lake Rd, Buchanan, Buchanan Township, Section 21, T7S, R18W, Berrien County, Michigan. Taken by Christopher Grobbel, Grobbel Environmental & Planning Associates, April 18, 2025.*



*Photograph #14: Klingerman residence basement, showing evidence of recent flooding. 2237 Madron Lake Rd, Buchanan, Buchanan Township, Section 21, T7S, R18W, Berrien County, Michigan. Taken by Christopher Grobbel, Grobbel Environmental & Planning Associates, April 18, 2025.*

# Site Soils - NRCS

**RIDDLES SERIES**[4]
LOCATION RIDDLES          IN+MI OH
06/2024

The Riddles series consists of very deep, well drained soils formed in loamy and sandy till on till plains and moraines. Slope ranges from 0 to 45 percent. Mean annual precipitation is about 889 mm (35 inches), and mean annual temperature is about 10.0 degrees C (50 degrees F).

TAXONOMIC CLASS: Fine-loamy, mixed, active, mesic Typic Hapludalfs.

TYPICAL PEDON: Riddles fine sandy loam, on a convex, 4 percent slope in a cultivated field at an elevation of 902 feet above mean sea level.

A - 0 to 8 inches; dark grayish brown (10YR 4/2) fine sandy loam, light brownish gray (10YR 6/2) dry; moderate medium granular structure; friable; many fine and medium roots throughout; many very fine to medium interstitial and tubular pores; 7 percent gravel; slightly acid; abrupt wavy boundary.

B1 - 8 to 13 inches; brown (7.5YR 4/3) sandy clay loam; moderate fine and medium subangular blocky structure; firm; few fine and medium roots throughout; many fine interstitial and tubular pores; many faint brown (10YR 4/3) clay films on faces of peds; common distinct brown (10YR 5/3) silt coatings on faces of peds; 8 percent gravel; neutral; clear wavy boundary.

B2 - 13 to 20 inches; brown (10YR 4/3) clay loam; moderate medium prismatic structure parting to moderate medium subangular blocky; firm; few fine and medium roots throughout; many fine interstitial and tubular pores; many faint dark grayish brown (10YR 4/2) clay films on faces of peds; common faint brown (10YR 5/3) silt coatings on faces of peds; 3 percent gravel; slightly acid; clear wavy boundary.

B3 - 20 to 33 inches; dark yellowish brown (10YR 4/4) clay loam; moderate medium subangular blocky structure; firm; few fine and medium roots throughout; many fine interstitial and tubular pores; many faint brown (10YR 4/3) clay films on faces of peds; many faint brown (10YR 5/3) silt coatings on faces of peds; common medium prominent yellowish brown (10YR 5/8) masses of oxidized iron in the matrix; 7 percent gravel; moderately acid; gradual wavy boundary.

---

[4] https://soilseries.sc.egov.usda.gov/OSD_Docs/S/SPINKS.html and https://soilseries.sc.egov.usda.gov/OSD_-Docs/C/COLOMA.html.

B4 - 33 to 46 inches; dark yellowish brown (10YR 4/4) fine sandy loam; moderate coarse subangular blocky structure; firm; few fine roots throughout; many fine interstitial and tubular pores; many faint brown (10YR 4/3) clay films on faces of peds; few fine prominent yellowish brown (10YR 5/8) masses of oxidized iron in the matrix; few fine faint brown (10YR 5/3) iron depletions in the matrix; 7 percent gravel; neutral; gradual wavy boundary.

B5 - 46 to 55 inches; dark yellowish brown (10YR 4/4) fine sandy loam; weak coarse subangular blocky structure; firm; few very fine roots throughout; many fine interstitial and tubular pores; many faint brown (10YR 4/3) clay films on faces of peds; few fine prominent yellowish brown (10YR 5/8) masses of oxidized iron in the matrix; few fine faint brown (10YR 5/3) iron depletions in the matrix; 7 percent gravel; 1 percent cobbles; moderately acid; gradual wavy boundary.

B6 - 55 to 63 inches; dark yellowish brown (10YR 4/4) sandy loam; weak coarse subangular blocky structure; firm; few very fine roots throughout; many fine interstitial and tubular pores; many faint brown (10YR 4/3) clay films on faces of peds; 5 percent gravel; moderately acid; clear wavy boundary. [Combined thickness of the Bt horizon is 30 to 60 inches.]

E1 - 63 to 70 inches; brown (10YR 4/3) sandy loam (2Bt) as lamellae 2 to 3 cm (1 to 1.25 inches) thick with a combined thickness of 10 cm (4 inches); weak thick platy structure; very friable; few very fine roots throughout; few very fine interstitial and tubular pores; common distinct brown (10YR 4/3) clay bridging between sand grains; 5 percent gravel; moderately acid; yellowish brown (10YR 5/4) sand (2E); weak medium subangular blocky structure; very friable; few very fine roots throughout; few very fine interstitial and tubular pores; 5 percent gravel; moderately acid; gradual wavy boundary.

E2 - 70 to 78 inches; yellowish brown (10YR 5/4) loamy sand (2E); weak medium subangular blocky structure; very friable; few very fine roots throughout; few very fine interstitial and tubular pores; 5 percent gravel; slightly acid; brown (10YR 4/3) loamy sand (2Bt) as lamellae 2 to 4 cm (1 to 1.5 inches) thick with a combined thickness of 5 cm (2 inches); weak thick platy structure; very friable; few very fine roots throughout; few very fine interstitial and tubular pores; common distinct brown (10YR 4/3) clay bridging between sand grains; 5 percent gravel; slightly acid; clear wavy boundary.

C1 - 78 to 90 inches; 85 percent dark yellowish brown (10YR 4/4) loamy sand (2B); weak thin platy structure; very friable; few very fine interstitial and tubular pores; 3 percent gravel; slightly acid; 15 percent light yellowish brown (10YR 6/4) sand (2BC); single grain; loose; few very fine interstitial and tubular pores; 3 percent gravel; slightly acid; clear wavy boundary. [Combined thickness of the 2Bt and E, 2E and Bt, or 2B and BC horizon is 10 to 102 cm (4 to 40 inches).]

C2 - 90 to 100 inches; yellowish brown (10YR 5/4) fine sandy loam; weak thin platy structure; firm; pockets of sand; 5 percent gravel; strongly effervescent; slightly alkaline.

TYPE LOCATION: Elkhart County, Indiana; about 1 mile northeast of Southwest, on the south side of Indiana Highway 119; 2,250 feet south and 500 feet east of the northwest corner of sec. 26, T. 36 N., R. 5 E.; USGS Foraker, IN topographic quadrangle; lat. 41 degrees 32 minutes 39 seconds N. and long. 85

degrees 55 minutes 23 seconds W., NAD 27; UTM Zone 16, 589824 easting and 4599733 northing, NAD 83.

RANGE IN CHARACTERISTICS:
Depth to the base of the argillic horizon: 102 to more than 203 cm (40 to more than 80 inches)
Depth to carbonates: 102 to more than 203 cm (40 to more than 80 inches)
Particle-size control section: averages 20 to 30 percent clay and more than 40 percent sand

Ap or A horizon:
Hue: 10YR
Value: 3 to 5, 6 or more dry
Chroma: 1 to 4
Texture: loam, silt loam, sandy loam, fine sandy loam, sandy clay loam, or clay loam
Rock fragment content: 1 to 14 percent
Reaction: moderately acid to neutral

E or EB horizon: (where present)
Hue: 10YR
Value: 5 or 6
Chroma: 2 to 4
Texture: loam, silt loam, sandy loam, or fine sandy loam
Reaction: strongly acid to neutral

Bt or BE horizon:
Hue: 7.5YR or 10YR
Value: 4 to 6
Chroma: 3 to 6
Texture: sandy clay loam, clay loam, or loam; the lower part of the Bt horizon may also include fine sandy loam or sandy loam
Rock fragment content: 1 to 14 percent
Reaction: strongly acid to neutral

BC horizon: (where present)
Hue: 7.5YR or 10YR
Value: 4 to 6
Chroma: 3 to 6
Texture: loam, sandy clay loam, clay loam, or sandy loam
Reaction: slightly acid to slightly alkaline

C horizon: (where present)
Hue: 10YR
Value: 4 to 6
Chroma: 3 or 4

Texture: loam or sandy loam
Rock fragment content: 7 to 14 percent
Reaction: slightly alkaline or moderately alkaline; most pedons contain carbonates

2Bt, 2Bt and E, 2E and Bt, or 2B and BC horizon:
Hue: 7.5YR or 10YR
Value: 4 to 6
Chroma: 3 to 6
Texture: fine sandy loam, sandy loam, loamy sand, or sand, or their gravelly analogues; the sand fraction of individual strata or subhorizons is well graded
Rock fragment content: averages less than 15 percent, but individual horizons can range up to 30 percent
Reaction: strongly acid to neutral

2C horizon: (where present)
Hue: 10YR
Value: 5 or 6
Chroma: 3 or 4
Texture: sandy loam, loamy sand, or sand, or their gravelly analogues; the sand fraction of individual strata or subhorizons is well graded
Rock fragment content: averages less than 15 percent, but individual horizons can range up to 34 percent
Reaction: slightly alkaline or moderately alkaline

3C horizon:
Hue: 10YR
Value: 4 to 6
Chroma: 3 or 4
Texture: loam, sandy loam, or fine sandy loam, with pockets of sand in some pedons
Rock fragment content: 1 to 10 percent
Calcium carbonate equivalent: 10 to 35 percent
Reaction: slightly alkaline or moderately alkaline

COMPETING SERIES: Amanda, Belmont, Belmore, Caprell, Chili, Cliftycreek, Conestoga, Crouse, Gallman, Greybrook, Hickory, High Gap, Hollinger, Kalamazoo, Kanawha, Kidder, Kosciusko, LeRoy, Lumberton, Martinsville, Military, Mocksville, Ockley, Pignut, Princeton, Relay, Richardville, Senach-wine, Skelton, Strawn, Turnersburg, Wawaka, Wawasee, and Woodbine series. Amanda, Crouse, and Hickory soils average less than 45 percent sand in the lower part of the series control section. Belmont, Hollinger, Kalamazoo, Kidder, LeRoy, Relay, Senachwine, Strawn, and Wawasee soils are less than 102 cm (40 inches) to the base of the argillic horizon. Belmore, Chili, Kosciusko, and Ockley soils average more than 15 percent rock fragments in the lower part of the series control section. Caprell soils are less than 102 cm (40 inches) to carbonates. Cliftycreek, Greybrook, and Wawaka soils average less than 40 percent sand in the particle-size control section. Conestoga soils contain quartzite, chert, and schist rock fragments and mica flakes in the series control section. Gallman, Martinsville, Mocksville, Richardville, Skelton, and Turnersburg soils do not have lamellae in the lower part of the argillic horizon. High Gap,

22

Lumberton, Military, Pignut, and Woodbine soils have a lithic contact within a depth of 152 cm (60 inches). Kanawha soils have gravel and channers derived from interbedded shale, siltstone, and sandstone within the series control section

GEOGRAPHIC SETTING: Riddle soils are on swells and knolls of till plains and on summits, shoulders, and backslopes of dissected till plains, ice-margin complexes, and moraines of Wisconsinan age. Slope ranges from 0 to 45 percent. Riddles soils formed in loamy and sandy till. Mean annual precipitation ranges from 762 to 1067 mm (30 to 42 inches). Mean annual temperature ranges from 8.9 to 11.7 degrees C (48 to 53 degrees F). Frost-free period is 130 to 180 days. Elevation is 177 to 466 meters (580 to 1,530 feet) above mean sea level.

GEOGRAPHICALLY ASSOCIATED SOILS: These are the Arkport, Barry, Blount, Brookston, Capac, Crosier, Hillsdale, Locke, Metea, Miami, Okee, Oshtemo, Rensselaer, Sleeth, Spinks, Teasdale, and Williamstown soils. The Riddles soils are in a drainage sequence with the moderately well drained Williamstown soils, the somewhat poorly drained Crosier soils, the poorly drained Barry and Brookston soils, and the poorly drained or very poorly drained Rensselaer soils on lower landform positions. The somewhat poorly drained Blount, Capac, Locke, Sleeth, and Teasdale soils also occur on lower landform positions. The well drained Arkport, Hillsdale, Metea, Okee, Oshtemo, and Spinks soils, and the moderately well drained Miami soils are also closely associated on similar landform positions. Arkport, Hillsdale, Oshtemo, and Spinks soils do not have as much clay in the argillic horizon. Metea soils have 51 to 102 cm (20 to 40 inches) of sand or loamy sand in the surface layer.

DRAINAGE AND SATURATED HYDRAULIC CONDUCTIVITY: Well drained. Potential for surface runoff is negligible to high depending on slope gradient. Saturated hydraulic conductivity is moderately high. Permeability is moderate.

USE AND VEGETATION: Soils are cropped to corn, soybeans, and small grain. Most rolling areas are in permanent pasture or forest. Native vegetation is deciduous forest.

DISTRIBUTION AND EXTENT: MLRAs 97, 98, and 111 in northern Indiana, southern Michigan, and northwestern Ohio. The series is of large extent.