# EXHIBIT 7

# BERRIEN COUNTY
## OFFICE OF CORPORATE COUNSEL

Thaddeus J. Hackworth

June 24, 2025

**BY MAIL**

Ms. Allison Klingerman
2237 Madron Lake Rd.
Buchanan, MI 49107

Re:   Response to Site Assessment & Stormwater Evaluation Report, A. Klingerman Parcel, 2237 Madron Lake Rd., Buchanan

Dear Ms. Klingerman,

This letter serves as the Berrien County Road Department's formal response to the "Site Assessment & Stormwater Evaluation Report" prepared by Grobbel Environmental & Planning Associates, dated May 9, 2025 (the "Grobbel Report"), concerning your property at 2237 Madron Lake Road (the "Property"). The Road Department has thoroughly reviewed the Grobbel Report, as well as the complaint you submitted to the Road Department on March 31, 2025.

The Berrien County Road Department conducted its own assessment of the situation, with Superintendent Trail meeting you at the Property on April 2, 2025. During this meeting, it was explained that the referenced roadside ditch and cross tube have been established as components of the drainage infrastructure for a considerable period of time. Indeed, records reviewed by the Road Department indicate the cross tube has been present since at least 2009. While the Road Department has performed maintenance on the ditch within the last two years to clear vegetation and debris, ensuring its proper function, the design and construction of the ditch has not been modified in many years. Thus, the position reflected in the Grobbel Report that the ditch was "designed and constructed to intentionally direct stormwater runoff to the Klingerman property" does not pass muster.

The Road Department's assessment indicates that the ditch and the cross tube are not the cause of the noted issues at the Property. The house on the Property is situated on a downhill slope between Madron Lake Road and a wetland. The property on the south side of the road is at a higher elevation, naturally causing water to flow downhill towards the wetland located on the Property. This natural hydrological pattern shows that water would still flow from south to north in this location, irrespective of the presence of the road. Moreover, the cross tube under Madron Lake Road is approximately 70 feet west of the house on the Property and three feet below the road, further illustrating its limited influence on the overall natural water movement across the Property.

701 Main Street, St. Joseph, MI 49085 • T: (269) 983-7111, ext. 8416 • F: (269) 983-5788 • E: thackworth@berriencounty.org

The Road Department's findings confirm that the natural topography and existing site conditions are the predominant factors influencing water movement on the Property, not a defect within any Road Department infrastructure. Based on these facts and applicable law, the Berrien County Road Department explicitly disclaims any and all responsibility for the flooding, soil erosion, or property damage detailed in the Grobbel Report.

Therefore, the Berrien County Road Department considers this matter closed, and no further action will be taken on the County's part.

Best regards,

Thaddeus J. Hackworth
Corporate Counsel

cc:     Christopher P. Grobbel
        Grobbel Environmental & Planning Associates
        (by email - grobbelenvironmental@gmail.com)

        Mark Heyliger, Director
        Berrien County Road Department
        (by email – mheyliger@bcroad.org)