# EXHIBIT 8

| STATE OF MICHIGAN<br>5TH JUDICIAL DISTRICT<br>2ND JUDICIAL CIRCUIT<br>COUNTY OF BERRIEN | ORDER<br>OF NOLLE PROSEQUI | CASE NO.<br>2025-012065-SM |
|---|---|---|

Court address
811 Port Street, St. Joseph, MI 49085-1188 / 1205 North Front Street, Niles, MI 49120-1699 .................................... Court telephone no. (269) 983-7111

| The People of the State of Michigan | v | Respondent name, address, and telephone no<br>RON ALLEN MCKIE Jr<br>4519 82ND ST<br>Buchanan, MI 49107<br>2694872821 | | 50396705 |
|---|---|---|---|---|
| | | CTN: | TCN: | Date of birth (if known) |

1) DISTURBING THE PEACE

**IT IS ORDERED**

☐ 1. The Prosecutor's request for nolle prosequi is granted and the case is dismissed without prejudice.

☒ 2. Motion for nolle Prosequi is granted as to the following charge(s) which are dismissed without prejudice:

CT 1

☐ 3. Motion for nolle prosequi is denied.

☐ 4. Defendant shall be immediately discharged from confinement in this case.

☐ 5. Bond, if posted, is cancelled and shall be returned after costs are deducted.

☐ 6. Bond/Bail is continued.

10/09/2025
Date

Judge / Bar No.       P71702

If item 1 is checked, the clerk of the court shall advise the Michigan State Police Criminal Justice Information Center of the disposition as required under MCL 769.16a.

TO THE DEFENDANT: Your fingerprints and arrest card will be destroyed by the Michigan State Police within 60 days of the date of this order when permitted by MCL 28.243.

Rev. 4/2024         Gordon G. Hosbein

| STATE OF MICHIGAN 5TH JUDICIAL DISTRICT | COMPLAINT MISDEMEANOR | CASE NO. and JUDGE |
|---|---|---|
| ORI MI110035J | Court address 1205 North Front Street, Niles, MI 49120 | Court telephone no. (269) 684-5274 |

| THE PEOPLE OF | Defendant's name and address | Victim or complainant |
|---|---|---|
| ☒ The State of Michigan | RON ALLEN MCKIE, JR | |
| ☐ _____ v | 2237 MADRON LAKE RD BUCHANAN, MI 49107 | Complaining Witness DAVID ZIZKOVSKY |

| Co-defendant(s) (if known) 2234 MADRON LAKE RD | | | | | Date: On or about 08/15/2025 | |
|---|---|---|---|---|---|---|
| City/Twp./Village BUCHANAN TOWNSHIP | County in Michigan BERRIEN | Defendant TCN | Defendant CTN 11-25005839-01 | Defendant SID 1825265A | | |
| Defendant DOB 08/17/1978 | Defendant DLN MI M200744051643 | ☐ Oper./Chauf. ☐ CDL | Vehicle Type | Defendant Sex M | Defendant Race W |

| Police agency report no. 90 25-19742 | Charge Disturbing The Peace | Maximum Penalty |
|---|---|---|

☒ A sample for chemical testing for DNA identification profiling is on file with the Michigan State Police from a previous case.

Witnesses
GENE CASTO          WENDI LEE HEYLIGER          DAVID ZIZKOVSKY
MARK HEYLIGER      ELIZABETH PRZYBYLSKI

---

**STATE OF MICHIGAN, COUNTY OF BERRIEN.**

The complaining witness says that on the date and at the location described, the defendant, contrary to law:

**COUNT 1: DISTURBING THE PEACE**

did make or excite a disturbance in a street, lane, alley, highway, public grounds or park, located at 2234 MADRON LAKE RD; contrary to MCL 750.170. [750.170]

MISDEMEANOR: 90 Days and/or $500.00

The complaining witness asks that defendant be apprehended and dealt with according to law.

| Warrant authorized on 08/19/2025 by: Date | I declare under the penalties of perjury that this complaint has been examined by me and that its contents are true to the best of my information, knowledge, and belief. |
|---|---|
| *[signature]* Prosecuting Official, MYRENE KAY KOCH P62570 ☐ Security for costs posted | Complaining Witness Signature          Date |

Approved, SCAO
Form DC 225w, Rev. 9/22
MCL 764.1, MCL 764.1a, MCR 6.101, MCR 6.102, MCR 6.615
Page 1
RON ALLEN MCKIE, JR

Distribute from to:
Court
Prosecutor
Defendant