# EXHIBIT 9

 

PHONE: 248.723.5500
FAX: 248.723.5588
WWW.DEMOLAW.COM

October 27, 2025

**VIA FIRST-CLASS MAIL & EMAIL**

Mark Heyliger, Director
Berrien County Road Department
2860 Napier Avenue
Benton Harbor, MI 49022
mheyliger@bcroad.org

**VIA FIRST-CLASS MAIL**

Eugene and Christiane Casto
2234 Madron Lake Rd.
Buchanan, MI 49107

**VIA FIRST-CLASS MAIL**

Raymond and Elizabeth Przybylski
2190 Madron Lake Road
Buchanan, MI 49107

RE:   **2237 Madron Lake Road**

All:

    Our office represents Allison Klingerman and Ron McKie. I believe that you are all aware of the significant flooding that has occurred at their property located at 2237 Madron Lake Road (the "Property") over the course of the last few years. This correspondence is being sent to put all of you on notice of your potential liability for the damage that the flooding has caused to the Property.

    Attached is a copy of the expert report prepared by Grobbel Environmental & Planning Associates, which the Berrien County Road Department (the "Road Department") has already received.[1] The Report details the events that led to the flooding and the resulting damage to the Property. I urge each of you to read (or re-read, in the case of the Road Department) the Report very carefully.

    It is no coincidence that the flooding began shortly after the occurrence of the following events:

---

[1] The Report previously received by the Road Department has since been updated to correct the Castos' address.

ROYAL OAK OFFICE (MAIN) 415 S. WEST ST, SUITE 300, ROYAL OAK, MI 48067
NORTHERN MICHIGAN OFFICE 236 ½ E. FRONT ST #9, TRAVERSE CITY, MI 49684

EXPERT RESULTS WITH OUTSTANDING EFFICIENCY

Demorest Law Firm, PLLC
Letter to Road Department, Casto and Przybylski
Page 2 of 3
October 27, 2025



1. The Road Department's excavation of drainage ditches along the south side of Madron Lake Road. These ditches direct stormwater runoff to the Property via the dilapidated steel culvert draining south-to-north beneath the Road. Please note that these were not pre-existing ditches, a fact which was acknowledged by Don Goulooze of the Road Department on September 30, 2025;

2. The Castos' installation of a subsurface drain tile at 2234 Madron Lake Road, which directs groundwater/soil water and stormwater runoff to the Property; and

3. The Przybylskis' excavation of a pond at 2190 Madron Lake Road, which when overflowing directs additional stormwater through the drainage ditches and onto the Property.

The flooding has caused extensive damage to my clients' property including: (a) subsidence and cracking of portions of their home's foundation; (b) septic system malfunction and likely eventual failure; (c) soil erosion; and (d) cracking of walls and windows in their home.

Under Michigan law, a landowner is liable for altering the natural flow of storm water and diverting drainage onto a neighbor's property. That is what has occurred in this case

Despite my clients' pleas, to date no action has been taken by any of you to: (a) eliminate the flooding of the Property; or (b) repair or compensate them for the extensive damage that it has caused. Instead, it appears that there has been a coordinated effort to have Mr. McKie jailed in an attempt to divert attention from the matter at hand.

Finally, the culvert which runs below Madron Road is in dire need of repair. It is my understanding that during his September 30, 2025 visit to the Property, the Road Department's Mr. Goulooze indicated that an emergency request would be made to have it fixed. To date, no work has begun to repair the culvert.

It is our hope that this matter can be resolved swiftly and in an amicable manner. In that regard, we expect that each of you will take immediate action to properly remedy this situation. If we do not hear from you by the close of business on November 7, 2025, our clients will not hesitate to pursue all available legal and equitable remedies in a court of law.

Demorest Law Firm, PLLC
Letter to Road Department, Casto and Przybylski
Page 3 of 3
October 27, 2025



Please contact me if should you have any questions or wish to discuss this matter.

Sincerely,

DEMOREST LAW FIRM, PLLC

Mark S. Demorest
mark@demolaw.com

MSD/rn
Attachments
cc:   Allison Klingerman and Ron McKie (via email)
      Randy Soverinsky, Esq. (via email)

Klingerman, Allison/Drainage Issues (2027)/Correspondence/2025 10 08 sl County Neighbors ).docx

www.demolaw.com