# EXHIBIT 10



# BERRIEN COUNTY
## OFFICE OF CORPORATE COUNSEL

Thaddeus J. Hackworth

November 7, 2025

**BY EMAIL**
Mark Demorest
415 S. West St., Suite 300
Royal Oak, MI 48067
mark@demolaw.com

Re:   2237 Madron Lake Road (Klingerman/McKie)

Dear Mr. Demorest,

I am writing on behalf of the Berrien County Road Department ("BCRD") in response to your letter dated October 27, 2025, regarding the above-referenced property.

The BCRD disputes the allegations contained in your letter and in the Grobbel report and expressly denies any and all liability for the alleged damage to your clients' property.

Your letter demands that the BCRD take "immediate action" to repair the culvert. Please be advised that the BCRD takes its statutory duties seriously and is investigating the matter. Any remedial action taken without a proper investigation would be premature and irresponsible, particularly where such action could potentially affect property owners in the vicinity. The BCRD will evaluate its findings once its investigation is complete.

This correspondence is on behalf of the BCRD only and not any other party referenced in your letter.

Best regards,

Thaddeus J. Hackworth
Corporate Counsel

cc:   Mark Heyliger, Director, Road Department
      (by email)

      Brian Dissette, County Administrator
      (by email)