# EXHIBIT 11

📧 **Outlook**

### Client: Allison Klingerman & Ron Mckie Claim # 5039930635-1

From  Dee Baldwin <dee.baldwin@farmersinsurance.com>
Date  Thu 11/20/2025 11:08 AM
To    Randy Soverinsky <randy@demolaw.com>
Cc    ClaimsDocument2 <ClaimsDocuments2@farmersinsurance.com>

You don't often get email from dee.baldwin@farmersinsurance.com. Learn why this is important

Randy,

I hope you are well. I have been assigned to handle the claim for damages arising from the loss involving your clients, **Allison Klingerman and Ron McKie**. We acknowledge receipt of your correspondence dated October 27, 2025 which specifies a response deadline of **November 7, 2025**. Please note that we were placed on notice of this loss on **November 18, 2025**.

We are formally requesting a **60-day extension** to allow sufficient time to complete our coverage and liability investigation. Kindly confirm whether you are willing to grant this extension.

Additionally, I would like the opportunity to discuss the details of the loss with you. Could we arrange a time for a phone call? I am available **Monday through Friday, between 8:00 AM and 4:30 PM EST**.

Thank you for your consideration. I look forward to your response and to speaking with you soon.

Best regards,

**Dee Baldwin**
*Litigation Specialty General Adjuster*
Foremost Insurance Company
PO Box 268994
Oklahoma City, OK 73126
**Direct phone number:** (913) 577-7912
**Fax:** 877-217-1389
**Email:** dee.baldwin@farmersinsurance.com
Claims Management Portal: https://claims.foremost.com/comp/s/login/?SO=03



**FOREMOST**
A Farmers Insurance® Company

**\*\*ALL** Email communications are preferred and should be sent to myclaim@foremost.com. If hard copies of communications are required, they should be sent to our National Document Center at P.O. Box 268994, Oklahoma City, OK 73126-8994 \*\*

**Street address for FED EX:**
7340 W Memorial Rd, Oklahoma City, OK 73142

***** PLEASE NOTE ***** This E-Mail/telefax message and any documents accompanying this transmission may contain privileged and/or confidential information and is intended solely for the addressee(s) named above. If you are not the intended addressee/recipient, you are hereby notified that any use of, disclosure, copying, distribution, or reliance on the contents of this E-Mail/telefax information is strictly prohibited and may result in legal action against you. Please reply to the sender advising of the error in transmission and immediately delete/destroy the message and any accompanying documents. Thank you.*****