AO 440 (Rev. 01/09) Summons in a Civil Action - MIWD (Rev. 07/15)

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

ALLISON KLINGERMAN, an individual

v.

THE COUNTY OF BERRIEN, a public body corporate;
MARK HEYLIGER, an individual and Director of the
BERRIEN COUNTY ROAD DEPARTMENT;
EUGENE CASTO, an individual; and
RAYMOND PRZYBYLSKI, an individual

Case No. 1:26-cv-398
Hon. Jane M. Beckering

TO: Mark Heyliger
ADDRESS: 2140 Madron Lake Road
Buchanan MI 49107

A lawsuit has been filed against you.

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 330 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

CLERK OF COURT



2/9/2026

By: Deputy Clerk                                                Date

---

## PROOF OF SERVICE

This summons for _____Mark Heyliger_____ was received by me on __2/19/2026__.
                     (name of individual and title, if any)                    (date)

☐ I personally served the summons on the individual at _____
on _____.                                    (place where served)
      (date)

☒ I left the summons at the individual's residence or usual place of abode with __Judith Heyliger (Mother)__, a person
                                                                                  (name)
of suitable age and discretion who resides there, on __2/23/26  7:07pm__ and mailed a copy to the individual's last known address.
                                                        (date)

☐ I served the summons on _____, who is designated by law to accept service
                              (name of individual)
of process on behalf of _____ on _____.
                           (name of organization)                  (date)

☐ I returned the summons unexecuted because _____.

☐ Other (specify) _____.

                                          Print
My fees are $ __128.34__ for travel and $__85.00 + 10.40__ for services, for a total of $ __223.74__.

I declare under the penalty of perjury that this information is true.
Date: __2/23/2026__

                                                        _Daniel James_
                                                        Server's signature

Additional information regarding attempted service, etc.:
                                                        _Daniel James / Process Server_
                                                        Server's printed name and title

                                                        _126 E Kilgore Rd, Ste 403, #567_
                                                        _Portage, MI 49009_
                                                        Server's address